## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF KENTUCKY
## AT PADUCAH

**GLENN D. ODOM, II**                                                                                           **PLAINTIFF**

**v.**                                                             **CIVIL ACTION NO. 5:13CV-P8-GNS**

**LARRY CRANOR** *et al.*                                                                              **DEFENDANTS**

### MEMORANDUM AND ORDER

      Plaintiff Glenn D. Odom, II, a *pro se* prisoner proceeding *in forma pauperis*, filed the instant 42 U.S.C. § 1983 action concerning an incident during his incarceration at Kentucky State Penitentiary (KSP).  Plaintiff alleges in the complaint that he attempted suicide in July 2012 and was extracted from his cell and placed in a restraint chair.  Upon initial review of the complaint pursuant to 28 U.S.C. § 1915A, the Court allowed the following claims to proceed: Plaintiff's official-capacity claims against Defendants Randy White and John Wood for injunctive relief related to the training of personnel concerning the restraint policies at KSP; individual-capacity, excessive-force claims against Defendants Larry Cranor and "Unknown Officers-extraction team"; an individual-capacity claims for deliberate indifference to serious medical needs against Defendants Gloria Lewis and Steve Hiland concerning his alleged need for medical treatment due to being placed in the restraint chair; and individual-capacity claim for retaliation against Defendant Hiland.  Plaintiff later amended his complaint to add Sgt. Andrew Rasmussen, Ofc. Timmy Todd, Ofc. Anthony Taylor, and Ofc. Walter Gallerie as Defendants, identifying them as the "Unknown Officers-extraction team" named as Defendants in the complaint.

      This matter is before the Court to address two issues concerning the claims and Defendants.

*Injunctive-relief claims*

In *in forma pauperis* proceedings, "[n]otwithstanding any filing fee, or any portion thereof, that may have been paid, the court shall dismiss the case **at any time** if the court determines that . . . the action or appeal . . . fails to state a claim on which relief may be granted." 28 U.S.C. § 1915(e)(2)(B)(ii) (emphasis added).

On October 31, 2014, Plaintiff filed a notice of change of address in another civil action he has pending in this Court, Case No. 5:13CV-P60-GNS, DN 34. In the notice, Plaintiff states that he has been transferred to the Little Sandy Correctional Complex (LSCC). A review of the Kentucky Offender Online Locator System (KOOL) also indicates that Plaintiff is incarcerated at LSCC. An inmate's claim for injunctive relief regarding the conditions of his confinement becomes moot due to the inmate's release from confinement or transfer to another facility. *See Kensu v. Haigh*, 87 F.3d 172, 175 (6th Cir. 1996) (finding inmate's request for injunctive relief moot as he was no longer confined to the institution where the alleged wrongdoing occurred). Because Plaintiff is no longer incarcerated at KSP, his claims for injunctive relief against Defendants White and Wood have become moot. Accordingly,

**IT IS ORDERED** that Plaintiff's injunctive-relief claims are **DISMISSED** for failure to state a claim upon which relief may be granted. 28 U.S.C. § 1915(e)(2)(B)(ii). Because no claims remain against Defendants White and Wood, the Clerk of Court is **DIRECTED** to terminate Defendants White and Wood as parties to this action.

Furthermore, the Clerk of Court is **DIRECTED** to change the docket sheet to show Plaintiff's current address as reflected in the docket of Case No. 5:13CV-P60-GNS.

### *Claims against Defendant Griff*

Upon review of the docket in this action, all claims against Defendant Skyla Griff have been dismissed. *See* DN 12. However, this Defendant was not terminated as a party to this action in the docket. Accordingly, the Clerk of Court is **DIRECTED** to terminate Defendant Griff as a party to this action.

Date: January 29, 2015

Greg N. Stivers, Judge
United States District Court

cc: Plaintiff, *pro se*
     Counsel of record
4416.010